**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/20

NORTH AMERICA PHOTON
INFOTECH, LTD

           Plaintiff,

    v.

DISCOVERORG, LLC,

           Defendant.

Civil Action No. 1:20-cv-02180-JSR

## PROPOSED ORDER GRANTING THE
## WITHDRAWAL OF APPERANCE OF MICHAEL R. MATTHIAS

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed affidavit,

Michael R. Matthias, of Baker & Hostetler LLP, is hereby withdrawn as counsel for Defendant

DiscoverOrg, LLC.

**SO ORDERED.**

_____
Honorable Jed S. Rakoff, U.S.D.J.

3 -16-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTH AMERICA PHOTON INFOTECH, LTD | Civil Action No. 1:20-cv-02180-JSR |
| Plaintiff, | |
| v. | **AFFIDAVIT OF** **MICHAEL R. MATTHIAS** |
| DISCOVERORG, LLC, | |
| Defendant. | |

STATE OF CALIFORNIA    )
                                              ss:
COUNTY OF LOS ANGELES  )

MICHAEL R. MATTHIAS, being duly sworn, deposes and states:

1. I am a partner with the law firm of Baker & Hostetler LLP, attorney for Defendant DiscoverOrg, LLC ("DiscoverOrg") in this case. I respectfully submit this Affidavit in support of the Proposed Order Granting the Withdrawal of Appearance of Michael R. Matthias.

2. Plaintiff commenced this action on December 3, 2018 in the Superior Court of California, County of San Francisco. On January 29, 2019, Plaintiff filed a First Amended Complaint in the Superior Court of California, County of San Francisco. On March 7, 2019, DiscoverOrg removed this matter the United States District Court for the Northern District of California. After engaging in jurisdictional discovery, on March 9, 2020, this matter was transferred to the United States District Court for the Southern District of New York.

3. I am not admitted to practice before this Court and respectfully request that my appearance in this matter be withdrawn.

4. Baker & Hostetler LLP will continue to represent DiscoverOrg in this case through its attorneys Oren J. Warshavsky and Carrie Longstaff, who are admitted to practice before this Court.

MICHAEL R. MATTHIAS

Sworn to before me this
____ day of March 2020

_____
NOTARY PUBLIC

**CALIFORNIA ACKNOWLEDGMENT**

CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California

County of __Los Angeles__  }

On __March 13, 2020__ before me, _____Laura Hua, Notary public_____
*Date*         *Here Insert Name and Title of the Officer*

personally appeared _____Michael R. Matthias_____
*Name(s) of Signer(s)*

---

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**LAURA HUA**
Notary Public - California·
Los Angeles County
Commission # 2315266
My Comm. Expires Jan 8, 2024

I certify under PENALTY OF PERJURY under the laws of the State·of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____Kauvertha_____

*Place Notary Seal and/or Stamp Above*

*Signature of Notary Public*

---

— **OPTIONAL** —

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

---

©2018 National Notary Association