**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTH AMERICA PHOTON INFOTECH, LTD<br><br>           Plaintiff,<br><br>    v.<br><br>DISCOVERORG, LLC,<br><br>           Defendant. | Civil Action No. 1:20-cv-02180-JSR |

## ORDER GRANTING REQUEST TO SEAL

WHEREAS DiscoverOrg, LLC ("DiscoverOrg") has sought leave to file under seal, pursuant to this Court's Individual Rules of Practice, Rules 2(b) and 14, the contractual agreement (the "Agreement") between the parties, and the parties having jointly participated in a telephone conference with this Court on April 28, 2020;

WHEREAS DiscoverOrg is filing a motion to dismiss North America Photon Infotech, Ltd.'s Second Amended Complaint (ECF. No. 49) on May 1, 2020, and as part of that motion, DiscoverOrg seeks to file the Agreement in an unredacted form;

WHEREAS DiscoverOrg has explained to this Court that the Agreement contains confidential information of both parties and there is no less restrictive means of providing this information to the Court other than sealing the Agreement;

WHEREAS Plaintiff's counsel does not object to the requested relief;

NOW THEREFORE, having considered the request, the Court hereby GRANTS DiscoverOrg's sealing request. The Clerk is directed to file the Agreement under seal.

DiscoverOrg is also directed to file a redacted version of the Agreement at the same time of filing its motion to dismiss.

**IT IS SO ORDERED.**

Dated: April 28, 2020

_____
United States District Judge