```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
NORTH AMERICA PHOTON INFOTECH LTD.,                                    :
                                                                       :
                           Plaintiff,                                  :
                                                                       :     20-CV-2180 (JPC)
       -v-                                                             :
                                                                       :          ORDER
ZOOMINFO LLC,                                                          :
                                                                       :
                           Defendant.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has reviewed Defendant's letter, dated October 23, 2020, requesting oral argument on Defendant's Motion for Summary Judgment (Dkt. 63) and Plaintiff's Motion for Summary Judgment (Dkt. 64).

Defendant's request is GRANTED. The Final Pretrial Conference scheduled for December 9, 2020 at 1:30 p.m. is hereby adjourned *sine die*. The parties are directed to appear before the Court for Oral Argument on November 24, 2020, at 2:00 p.m. In light of the ongoing COVID-19 pandemic, the Court will conduct oral argument by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: October 26, 2020
       New York, New York                        _____
                                                        JOHN P. CRONAN
                                                    United States District Judge