```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/05/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NORTH AMERICA PHOTON INFOTECH LTD.,

                               Plaintiff,

  -against-

ZOOMINFO LLC,

                             Defendant.
----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**20-CV-2180 (JPC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     This case has been referred to me for settlement purposes (docket no. 107). A telephone conference will be held on **Monday, November 23, 2020 at 12:45 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

     SO ORDERED.

Dated: November 5, 2020
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge