UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
 :
NORTH AMERICA PHOTON INFOTECH LTD., :
 :
                Plaintiff, : 20 Civ. 2180 (JPC) (KHP)
 :
      -v- : ORDER
 :
ZOOMINFO LLC, :
 :
                Defendant. :
 :
------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      The Court granted summary judgment on liability to Defendant ZoomInfo LLC on September 23, 2021. Dkt. 121. Discovery has closed. The parties shall file a joint status letter by December 3, 2021 outlining next steps to resolve damages. The parties may request an additional settlement conference before Judge Parker or a referral to the Court's mediation program. If they do not expect the remaining issues to settle, they may propose a trial-ready date for the second quarter of 2022.

      SO ORDERED.

Dated: November 23, 2021
       New York, New York
                                          JOHN P. CRONAN
                                          United States District Judge