**BakerHostetler**

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Oren J. Warshavsky
direct dial: 212.589.4624
owarshavsky@bakerlaw.com

August 12, 2022

> This request is granted. The status conference scheduled for August 19, 2022 is adjourned to September 6, 2022 at 10:00 a.m. At the scheduled time, counsel for all parties shall call 866-434-5269, access code 9176261.
>
> SO ORDERED.
> Date: August 12, 2022
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

**VIA ECF**
**(COURTESY COPY VIA ELECTRONIC MAIL)**

Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007-1312

Re:   *North America Photon Infotech, Ltd. v. ZoomInfo LLC*
       Civil Action No. 1:20-cv-2180-JPC

Dear Judge Cronan:

This firm represents Defendant and Counterclaim-Plaintiff ZoomInfo LLC ("ZoomInfo") in the above-referenced action. We submit this letter-motion pursuant to Your Honor's Individual Rules 1(A) and 3(B) to respectfully request a fourteen-day extension of the status conference currently scheduled for August 19, 2022 at 11:30 a.m. (ECF No. 180).

This is the first requested extension of the status conference, which ZoomInfo is requesting due to a preexisting conflict as its counsel will be traveling outside of the country and will not be available during the Court scheduled date and time. The parties have conferred about this requested extension, and North America Photon Infotech, Ltd. ("Photon") does not object to this request. However, Photon's counsel has indicated that it is not available on September 15 should the conference be rescheduled further into September beyond the requested fourteen days.

We appreciate Your Honor's consideration of the requested extension and are available at the Court's convenience should Your Honor have any further questions or need any additional information.

Respectfully submitted,

*/s/ Oren J. Warshavsky*

Oren J. Warshavsky

cc:   Michael P. Pappas, Esq. (via ECF and Electronic Mail)