UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
NORTH AMERICA PHOTON INFOTECH, LTD.,          :
:
                Plaintiff,           :           20 Civ. 2180 (JPC)
:
     -v-                                          :
:                       ORDER
ZOOMINFO, LLC,                                       :
:
                Defendant.           :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On November 15, 2024, the United States Court of Appeals for the Second Circuit vacated the judgment in this matter as to the amount of damages and remanded the case for further proceedings. *See* Dkt. 203. Accordingly, on or before April 23, 2025, the parties shall file a joint status letter proposing next steps in this case. The parties' letter shall also state whether the parties are in agreement as to the amount of damages available consistent with the Second Circuit's decision and state the amount of such agreed-upon damages or, if not, the areas of remaining dispute.

      SO ORDERED.

Dated: April 2, 2025
       New York, New York

                                           JOHN P. CRONAN
                                       United States District Judge