# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Oren J. Warshavsky
direct dial: 212.589.4624
owarshavsky@bakerlaw.com

April 23, 2025

**VIA ECF**
**(COURTESY COPY VIA ELECTRONIC MAIL)**

Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007-1312

> Re: *North America Photon Infotech, Ltd. v. ZoomInfo LLC*
> Civil Action No. 1:20-cv-2180-JPC

Dear Judge Cronan:

This firm represents Defendant and Counterclaim-Plaintiff ZoomInfo LLC ("ZoomInfo") in the above-referenced action. We write pursuant to Your Honor's Individual Rule 4(B) to seek this Court's approval to redact certain portions of the April 23, 2025 joint status letter.

Highlights of the proposed redactions are being emailed to Your Honor's chambers in connection with this filing as required by Individual Rule 4(B)(ii).

ZoomInfo seeks to redact its information, which relates to its confidential pricing information concerning its services. The parties have previously conferred and discussed the confidentiality of this information. This information is not known to the public and its disclosure could be used by third parties to gain an unfair advantage over ZoomInfo if they were to gain access to and use this commercially sensitive information. ZoomInfo believes that there are no less restrictive alternatives available to prevent the defined and serious injury that could occur to it should ZoomInfo's information be disclosed.

It is therefore requested that ZoomInfo's request for sealing be granted.

Respectfully submitted,

*/s/ Oren J. Warshavsky*

Oren J. Warshavsky

cc:   Michael P. Pappas, Esq. (via ECF and Electronic Mail)

The Court has considered the parties' arguments in favor of sealing portions of the joint status letter under the standard articulated in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). For the reasons stated in the parties' letter requesting sealing, Dkt. 205, the Court finds the requested sealing of the parties' unredacted joint status letter appropriate. The parties may file the partially redacted joint status letter and file the full unredacted joint status letter under seal. The Clerk of Court is respectfully directed to close Docket Number 205.

SO ORDERED.
Date: April 24, 2025
New York, New York

                                JOHN P. CRONAN
                                United States District Judge