UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
NORTH AMERICA PHOTON INFOTECH, LTD.,        :
:
Plaintiff,     :
:           20 Civ. 2180 (JPC)
-v-                 :
:                 ORDER
ZOOMINFO, LLC,                                              :
:
Defendant.    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The Clerk of Court is respectfully directed to enter judgment in favor of Defendant ZoomInfo, LLC ("ZoomInfo"), in the sum of $216,000.00, not inclusive of attorney's fees. ZoomInfo is awarded post-judgment interest under 28 U.S.C. § 1961.

    SO ORDERED.

Dated: May 2, 2025
       New York, New York

                                              JOHN P. CRONAN
                                              United States District Judge