UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
NORTH AMERICA PHOTON INFOTECH, LTD.,

                Plaintiff,

-against-                        20 **CIVIL** 2180 (JPC)

## JUDGMENT

ZOOMINFO, LLC,

                Defendant.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 2, 2025, judgment is entered in favor of Defendant ZoomInfo, LLC ("ZoomInfo"), in the sum of $216,000.00, not inclusive of attorney's fees. ZoomInfo is awarded post-judgment interest under 28 U.S.C. § 1961.

**Dated:** New York, New York

      May 5, 2025

                                              **TAMMI M HELLWIG**
                                              **Clerk of Court**

                       **BY:**          *K. Mango*

                                              **Deputy Clerk**